**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s): ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant GNLV, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA GONZALEZ,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GNLV, LLC., d/b/a GOLDEN NUGGET, a Nevada Corporation; DOE OWNER CHIK-FIL-A, DOE GNLV CORP EMPLOYEE, and DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　Defendants. | Case No. 2:25-cv-01105<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff ANDREA GONZALEZ, an individual, by and through her counsel, MARTIN INJURY LAW and Defendant GNLV, LLC, by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

| | |
|---|---|
| Dated this 20th day of October, 2025. | Dated this 20th day of October, 2025. |
| **TYSON & MENDES LLP** | **MARTIN INJURY LAW** |
| /s/ Griffith H. Hayes | /s/ Samantha Martin |
| GRIFFITH H. HAYES<br>Nevada Bar No. 7374<br>2835 St. Rose Pkwy., Suite 140<br>Henderson, NV 89052<br>*Attorneys for Defendant GNLV, LLC* | SAMANTHA A. MARTIN<br>Nevada Bar No. 12998<br>2630 S. Jones Boulevard<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiff* |

1

# ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

The Clerk of the Court is kindly directed to close this case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED this  October 21, 2025